| PROB·22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 99-6124-CR-Zloch |
| | | DOCKET NUMBER(Rec.Ct) |
| | | 1:07cr28 MMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern | DIVISION Fort Lauderdale |
|---|---|---|
| Delvis Tyrone Eason 22423 Southeast 61st Ave Hawthorne, FL 32640 | NAME OF SENTENCING JUDGE William J. Zloch | |

| SD/FL PACTS No. 60049 | DATES OF PROBATION SUPERVISED RELEASE | FROM 08/01/2007 | TO 07/31/2012 |
|---|---|---|---|

OFFENSE
Possession with intent to distribute cocaine base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Florida upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/12/07                                                William J. Zloch
Date                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 9, 2007                                        
Effective Date                                         United States District Judge